DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADALBERTO RAMOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-116

[March 23, 2023]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 08-2567CF10A.

Adalberto Ramos, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN, and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***